FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 OCT 28 AM 8:59

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-101
)
ANTHONY MOBLEY, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 77), to which objections have been filed
(Doc. 89). After a careful de novo review of the record, the
Court finds Defendant's objections to be without merit.
Accordingly, the report and recommendation is **ADOPTED** as the
Court's opinion in this case, and Defendant's Motion to
Suppress (Doc. 62) is **DENIED**.

In his objections, Defendant continues to argue the
absence of exigent circumstances sufficient to justify the
warrantless entry into Defendant's motel room following his
arrest. (Doc. 89 at 2-5.) However, the Eleventh Circuit has
long recognized law enforcements' ability to perform a
warrantless protective sweep around the area of arrest to
guard against unknown dangers that might pose a threat to the
safety of the officers or the public, such as an unattended
firearm or another armed individual. United States v. Moore,

257 F. App'x 254, 256 (11th Cir. 2007); United States v. Standridge, 810 F.2d 1034, 1037 (11th Cir. 1987). In this case, the circumstances surrounding Defendant's arrest render reasonable the officers' quick search of the motel room Defendant just vacated. See Standridge, 810 F.2d at 1037 ("[O]fficers may reasonably conduct a protective sweep of a motel room and adjoining bathroom, so long as there is uncertainty as to whether there might be others present.").

SO ORDERED this 28th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA